IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| D'MONTERRIO GIBSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION No. 5:24CV40-DCB-LGI |
| FEDERAL EXPRESS CORPORATION, | ) |
| Defendant. | ) |

DEFENDANT FEDERAL EXPRESS CORPORATION'S
MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(c), Defendant Federal Express Corporation ("FedEx") moves the Court to grant this Motion for Judgment on the Pleadings to dismiss Plaintiff D'Monterrio Gibson's ("Gibson") Complaint (DE 1). The sole claim against FedEx is for intentional infliction of emotional distress ("IIED"). This claim should be dismissed with prejudice because the allegations in the Complaint do not allege FedEx engaged in outrageous and extreme conduct to sustain an IIED claim, and Gibson's claim is barred by the Mississippi Workers' Compensation Act's exclusivity provision. For these reasons, FedEx respectfully moves the Court to dismiss Gibson's IIED *with prejudice* and award FedEx such other relief to which it may be entitled.

FedEx attaches the following exhibit to this motion:

Exhibit A – March 11, 2022 Petition to Controvert filed with the Mississippi Workers' Compensation Commission.

Dated: April 22, 2024

s/ Michael C. Williams
Michael Williams (MS Bar #104537)
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Jackson Place
188 East Capitol Street, Suite 1000

Jackson, MS 39201
Tel 601-592-9918
Fax 601-592-1418
mcwilliams@bradley.com

*Attorney for Defendant Federal Express Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, a copy of the foregoing was served on the parties listed below via the Court's ECF System:

Carlos E. Moore
**THE COCHRAN FIRM – MS DELTA**
306 Branscome Drive
P.O. Box 1487
Grenada, MS 38902-1487
Tel 662-227-9940
Fax 662-227-9941
cmoore@cochranfirm.com

*Attorney for Plaintiff*

                                               *s/ Michael C. Williams*