IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| D'MONTERRIO GIBSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION No. 5:24CV40-DCB-LGI |
| FEDERAL EXPRESS CORPORATION, | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT FEDERAL EXPRESS CORPORATION'S UNOPPOSED MOTION TO STAY RULE 16(a) INITIAL ORDER DEADLINES**

The above-captioned matter is before this Court on Defendant Federal Express Corporation's ("FedEx") [7] Unopposed Motion to Stay Rule 16(a) Initial Order Deadlines (the "Motion"), pending resolution of FedEx's Motion for Judgment on the Pleadings (DE 3). The Court, having considered the Motion and the arguments of the parties, finds that FedEx's Motion is well-taken and should be **GRANTED.**

**IT IS THEREFORE ORDERED** that all discovery and disclosure requirements are hereby STAYED, pending the Court's ruling on FedEx's pending Motion for Judgment on the Pleadings (DE 3). The parties shall notify the Court within seven (7) days of the Court's order on the pending motion. Upon notification, the stay shall be lifted, and a Rule 16(a) Telephonic Case Management Conference will be scheduled.

**SO ORDERED**, this the 29th day of April.

/s/Lakeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE